No. 730. ZSCHERNIG ET AL. v. MILLER, ADMINISTRATOR, ET AL. Appeal from Sup. Ct. Ore. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 947, Misc. DEAN v. FLORIDA;

No. 980, Misc. ALEXANDER v. VIRGINIA;

No. 984, Misc. STACEY v. ILLINOIS;

No. 998, Misc. KINDERMAN v. TAHASH, WARDEN; and

No. 1010, Misc. JACKSON v. WILSON, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 629, Misc. CLEMONS v. WILSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se*. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Louise H. Renne,* Deputy Attorney General, for respondent.

No. 777, Misc. FONTANA v. SCHNECKLOTH, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se*. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Roger E. Venturi,* Deputy Attorneys General, for respondents.

No. 774, Misc. WEIDEMANN v. CALIFORNIA ET AL.;

No. 926, Misc. RUHL ET AL. v. SUPREME COURT OF PENNSYLVANIA; and

No. 927, Misc. SIPULT v. OLIVER ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.